■ In the Matter of ALFRED O. KUHNLE, Appellant, v JOHN T. O'HAGAN,

as Commissioner of the Fire Department of the City of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on March 11, 1976, unanimously affirmed for the reasons stated by Saypol, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Murphy, Lupiano, Capozzoli and Nunez, JJ.